## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER OF OAKLAND, INC., D/B/A CHILDREN'S HOSPITAL OF OAKLAND, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Record No._____ |
| NATIONAL LABOR RELATIONS BOARD, | ) ) | |
| Respondent. | ) ) ) | |

*FILED* MAR 10 2014

CLERK

14-1032

ORIGINAL

## PETITION FOR REVIEW

Children's Hospital and Research Center of Oakland, Inc. (d/b/a "Children's Hospital of Oakland") hereby petitions the United States Court of Appeals for the District of Columbia Circuit for review of a Decision and Order of the National Labor Relations Board ("NLRB"), entered on February 28, 2014 in NLRB Case No. 32-CA-086106, entitled *Children's Hospital and Research Center of Oakland, Inc. d/b/a Children's Hospital of Oakland* and *Service Employees International Union, United Healthcare Workers—West,* reported as case 360 NLRB No. 56.

Date: March 10, 2014                    Respectfully submitted,

Kenneth J. Nichols (D.C. Bar No. 486720)
NIXON PEABODY LLP

14887421.2

401 Ninth Street, NW, Suite 900
Washington, D.C. 20004-2128
(202) 585-8185 (telephone)
(202) 585-8080 (facsimile)
knichols@nixonpeabody.com

Bonnie Glatzer (Cal. Bar No. 147804)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California, 94111
(415) 984-8200 (telephone)
(866) 216-2516 (facsimile)
bglatzer@nixonpeabody.com

*Counsel for Petitioner*
*Children's Hospital and Research*
*Center of Oakland, Inc.*
*(d/b/a "Children's Hospital of Oakland")*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via **HAND DELIVERY** on the persons listed below on this 10th day of March, 2014:

| | |
|---|---|
| **Ms. Linda J. Dreeben**<br>National Labor Relations Board<br>Assistant General Counsel<br>1099 14th Street, NW<br>Washington, D.C. 20570<br>linda.dreeben@nlrb.gov<br>(202) 273-0191 (facsimile) | **Executive Secretary**<br>National Labor Relations Board<br>1099 14th Street, NW<br>Washington, D.C. 20570<br>(202) 273-4270 (facsimile) |

I FURTHER CERTIFY that the foregoing was served via FEDERAL EXPRESS on the persons listed below on this 10th day of March, 2014:

| | |
|---|---|
| **Ms. Jennifer D. Kaufman**<br>**Mr. Fred B. Jacob**<br>National Labor Relations Board<br>Region 32<br>1301 Clay Street, Suite 300N<br>Oakland, California, 94612-5211<br>jennifer.kaufman@nlrb.gov<br>fred.jacob@nlrb.gov<br>(510) 637-3315 (facsimile) | **David A. Rosenfeld, Esq.**<br>**Bruce Harland, Esq.**<br>**Manuel A. Boigues, Esq.**<br>WEINBERG, ROGER & ROSENFELD<br>1001 Marina Village Parkway<br>Suite 200<br>Alameda, California, 94501<br>(510) 337-1001 (telephone)<br>(510) 337-1023 (facsimile) |

Kenneth J. Nichols (D.C. Bar No. 486720)
NIXON PEABODY LLP
401 Ninth Street, NW, Suite 900
Washington, D.C. 20004-2128
(202) 585-8185 (telephone)
(202) 585-8080 (facsimile)
knichols@nixonpeabody.com