UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAR 10 2014

RECEIVED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER OF OAKLAND, INC., D/B/A CHILDREN'S HOSPITAL OF OAKLAND,<br><br>Petitioner,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>Respondent. | Record No. 14-1032 |

ORIGINAL

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, Children's Hospital and Research Center of Oakland, Inc., d/b/a Children's Hospital of Oakland ("Children's Hospital"), hereby certifies as follows:

Children's Hospital is a corporation operating a pediatric hospital and research center, whose main facility is located in Oakland, California. Pursuant to the foregoing Rules and to enable the Court to evaluate possible disqualification or recusal, Children's Hospital hereby discloses that it has no parent company or corporation, and that no publicly-held corporation owns 10% or more of its stock.

Date: March 10, 2014

Respectfully submitted,

Kenneth J. Nichols (D.C. Bar No. 486720)

14888786.1

NIXON PEABODY LLP
401 Ninth Street, NW, Suite 900
Washington, D.C. 20004-2128
(202) 585-8185 (telephone)
(202) 585-8080 (facsimile)
knichols@nixonpeabody.com

Bonnie Glatzer (Cal. Bar No. 147804)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California, 94111
(415) 984-8200 (telephone)
(866) 216-2516 (facsimile)
bglatzer@nixonpeabody.com

*Counsel for Petitioner
Children's Hospital and Research
Center of Oakland, Inc.
(d/b/a "Children's Hospital of Oakland")*