# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 14-1032**

**September Term, 2013**

**NLRB-32CA086106**

**Filed On: March 11, 2014** [1483360]

Children's Hospital and Research Center of
Oakland, Inc., doing business as Children's
Hospital of Oakland,

      Petitioner

   v.

National Labor Relations Board,

      Respondent

## N O T I C E

    This case was docketed on March 10, 2014. The National Labor Relations Board is hereby notified that the attached is a true copy of the petition for review, which was filed on March 10, 2014, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

          BY:   /s/
                       Laura M. Chipley
                       Deputy Clerk

Attachment:
    Certified Copy of Petition for Review