

United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, D.C. 20570

April 25, 2014

Mark J. Langer, Esquire
Clerk, United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 5423
Washington, DC 20001-2866

Re: D.C. Cir. Nos. 14-1032, 14-1058 &
14-1064--Children's Hospital and
Research Center of Oakland, d/b/a
Children's Hospital of Oakland v.
NLRB and Service Employees
International Union, United
Healthcare Workers-West v.
NLRB
Board Case No. 32-CA-086106

Dear Mr. Langer:

I am enclosing an original and four copies of the certified list of the contents of the agency record in this case.

I am serving a copy of the list on the counsel named below.

Very truly yours,

*Linda Dreeben* (by)

Linda Dreeben
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1099 14th Street, N.W.
Washington, D.C. 20570
(202) 273-2960


Encl.: Kenneth J. Nichols, Esq.
Cc:    Bonnie Glatzer, Esq.
       David A. Kolek, Esq.
       David A. Rosenfeld, Esq.
       Bruce A. Harland, Esq.
       Manuel A. Boigues, Esq.

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER OF OAKLAND D/B/A CHILDREN'S HOSPITAL OF OAKLAND<br>Petitioner | )<br>)<br>)<br>)<br>) | |
| v. | ) | Nos. 14-1032 |
| | ) | 14-1064 |
| NATIONAL LABOR RELATIONS BOARD<br>Respondent | )<br>)<br>) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS – WEST<br>Petitioner | )<br>)<br>)<br>) | |
| v. | ) | Nos. 14-1058 |
| NATIONAL LABOR RELATIONS BOARD<br>Respondent | )<br>)<br>) | |

## CERTIFIED LIST OF THE NATIONAL LABOR RELATIONS BOARD

Pursuant to authority delegated in Section 102.115 of the National Labor Relations Board's Rules and Regulations, 29 C.F.R. § 102.115, I certify that the list below fully describes all documents, transcripts of testimony, exhibits, and other material constituting the record before the Board in Children's Hospital and Research Center of Oakland d/b/a

Children's Hospital of Oakland and Service Employees International Union, United Healthcare Workers-West, Case No. 32-CA-086106.

| VOLUME I- | Pleadings | |
|---|---|---|
| Date | Document | Pages |
| 07.26.12 | Charge (Exhibit 1) | 1 |
| 07.27.12 | Affidavit of Service of Charge Against Employer (Exhibit 2) | 1 |
| 03.29.13 | Complaint and Notice of Hearing (Exhibit 3) | 1-6 |
| 04.11.13 | Respondent's Answer to Complaint and Notice of Hearing (Exhibit 4) | 1-5 |
| 06.25.13 | Joint Motion to Submit Stipulated Record to the Administrative Law Judge (with attachments)[1] | 1-10 |
| 06.25.13 | Joint Statement of Stipulated Facts (Exhibit 5) (with attachments) | 1-144 |
| 06.25.13 | Order Postponing Hearing Indefinitely | 1 |
| 07.01.13 | Administrative Law Judge's Order Granting Joint Motion, Approving Joint Stipulation, and Setting Time for Filing Briefs | 1 |
| 07.24.13 | Respondent's Brief to the Administrative Law Judge | 1-13 |
| 07.24.13 | Acting General Counsel's Brief to the Administrative Law Judge (with attachment) | 1-24 |

---

[1] Exhibits 1, 2, 3, 4 and 5 are detached from the Joint Motion to Submit Stipulated Record to the Administrative Law Judge and placed in chronological order in the volume of pleadings.

| Date | Description | Pages |
|---|---|---|
| 07.24.13 | Charging Party's Letter Joining and Incorporating by Reference Acting General Counsel's Brief as its Own | 1 |
| 08.01.13 | Administrative Law Judge's Decision (with attachment) | 1-7 |
| 08.01.13 | Order Transferring Proceeding to the National Labor Relations Board (with attachment) | 1-6 |
| 08.29.13 | Respondent's Exceptions and Brief of its Exceptions to the Administrative Law Judge's Decision | 1-15 |
| 09.11.13 | Charging Party's Cross-Exceptions to the Decision of the Administrative Law Judge | 1-3 |
| 09.11.13 | Charging Party's Answer Brief to Respondent's Exceptions and Brief | 1-3 |
| 09.12.13 | Acting General Counsel's Answering Brief to Respondent's Exceptions | 1-8 |
| 09.25.13 | Respondent's Reply to Acting General Counsel's Answering Brief to Respondent's Exceptions to the Decision of the ALJ | 1-9 |
| 09.25.13 | Respondent's Reply to Charging Party's Answering Brief to Respondent's Exceptions and to the Decision of the ALJ | 1-6 |
| 09.25.13 | Respondent's Answering Brief to Charging Party's Cross-Exceptions to the Decision of the ALJ | 1-7 |

*Gary Shinners*

Gary Shinners
Executive Secretary
National Labor Relations Board
1099 14th Street, NW
Washington, D.C. 20570
(202) 273-2960

April 25, 2014

# CHRONOLOGICAL LIST OF RELEVANT DOCKET ENTRIES

In the Matter of: Children's Hospital and Research Center of Oakland d/b/a Children's Hospital of Oakland and Service Employees International Union, United Healthcare Workers-West

Board Case No.: 32-CA-086106

| Date | Documents |
|---|---|
| 07.26.12 | Charge |
| 07.27.12 | Affidavit of Service of Charge Against Employer |
| 03.29.13 | Complaint and Notice of Hearing |
| 04.11.13 | Respondent's Answer to Complaint and Notice of Hearing |
| 06.25.13 | Joint Motion to Submit Stipulated Record to the Administrative Law Judge (with attachments) |
| 06.25.13 | Joint Statement of Stipulated Facts (with attachments) |
| 06.25.13 | Order Postponing Hearing Indefinitely |
| 07.01.13 | Administrative Law Judge's Order Granting Joint Motion, Approving Joint Stipulation, and Setting Time for Filing Briefs |
| 07.24.13 | Respondent's Brief to the Administrative Law Judge |
| 07.24.13 | Acting General Counsel's Brief to the Administrative Law Judge (with attachment) |
| 07.24.13 | Charging Party's Letter Joining and Incorporating by Reference Acting General Counsel's Brief as its Own |
| 08.01.13 | Administrative Law Judge's Decision (with attachment) |

| | |
|---|---|
| 08.01.13 | Order Transferring Proceeding to the National Labor Relations Board (with attachment) |
| 08.29.13 | Respondent's Exceptions and Brief of its Exceptions to the Administrative Law Judge's Decision |
| 09.11.13 | Charging Party's Cross-Exceptions to the Decision of the Administrative Law Judge |
| 09.11.13 | Charging Party's Answer Brief to Respondent's Exceptions and Brief |
| 09.12.13 | Acting General Counsel's Answering Brief to Respondent's Exceptions |
| 09.25.13 | Respondent's Reply to Acting General Counsel's Answering Brief to Respondent's Exceptions to the Decision of the ALJ |
| 09.25.13 | Respondent's Reply to Charging Party's Answering Brief to Respondent's Exceptions and to the Decision of the ALJ |
| 09.25.13 | Respondent's Answering Brief to Charging Party's Cross-Exceptions to the Decision of the ALJ |
| 02.28.14 | Decision and Order |

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CHILDREN'S HOSPITAL AND RESEARCH CENTER OF OAKLAND D/B/A CHILDREN'S HOSPITAL OF OAKLAND<br>    Petitioner<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br>    Respondent | Nos.  14-1032<br>        14-1064 |

******************************************

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS – WEST<br>    Petitioner<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br>    Respondent | Nos.  14-1058 |

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2014, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia by using the CM/ECF system. I certify that the foregoing document will be served via the CM/ECF system on the following counsels, who are registered CM/ECF users.

Kenneth J. Nichols, Esquire
Nixon Peabody LLP
401 Ninth Street, NW, Suite 900
Washington, DC 20004-2128

Bonnie Glatzer, Esquire
David A. Kolek, Esquire
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111

David A. Rosenfeld, Esquire
Bruce A. Harland, Esquire
Manuel A. Boigues, Esquire
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501


/s/ Linda Dreeben
Linda Dreeben
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1099 14th Street, N.W.
Washington, D.C. 20570


Dated at Washington, D.C.
this 25th day of April 2014