# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

Case No. 14-1058

Consolidated with 14-1032 & 14-1064

**SERVICE EMPLOYEES INTERNATIONAL UNION,**
**UNITED HEALTHCARE WORKERS-WEST,**

*Petitioner,*

**CHILDREN'S HOSPITAL AND RESEARCH CENTER OF OAKLAND,**
**INC., D/B/A CHILDREN'S HOSPITAL OF OAKLAND,**

*Intervenor,*

vs.

**NATIONAL LABOR RELATIONS BOARD,**

*Respondent.*

## PETITIONER'S MOTION TO WITHDRAW PETITION FOR REVIEW

DAVID A. ROSENFELD, Bar No. 058163
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
1001 MARINA VILLAGE PARKWAY, STE 200
ALAMEDA, CA 94501
Tel.: (510) 337-1001
Fax: (510) 337-1023

Attorneys for Petitioner,
**SERVICE EMPLOYEES INTERNATIONAL UNION,**
**UNITED HEALTHCARE WORKERS-WEST**

PETITIONER, SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS-WEST in case 14-1058 hereby requests to withdraw its Petition for Review. Petitioner will remain as an Intervener in case 14-1032.

Dated: June 19, 2014

WEINBERG, ROGER & ROSENFELD

A Professional Corporation

*[signature]*

DAVID A. ROSENFELD
BRUCE A. HARLAND
Attorneys for Petitioner,
SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS-WEST

135992/769612

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, I electronically filed the **PETITIONER'S MOTION TO WITHDRAW PETITION FOR REVIEW** with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. Service was accomplished on all parties using the CM/ECF System.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on June 19, 2014.

/s/   J. L. Aranda