# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-1058                          September Term, 2013

NLRB-32CA086106

Filed On: June 20, 2014 [1498710]

Service Employees International Union,
United Healthcare Workers - West,

        Petitioner

    v.

National Labor Relations Board,

        Respondent

------------------------------

Children's Hospital and Research Center of
Oakland, Inc.,
        Intervenor

## O R D E R

Upon consideration of petitioner's motion to withdraw case, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the National Labor Relations Board a certified copy of this order in lieu of formal mandate.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                    BY:     /s/
                             Mark A. Butler
                             Deputy Clerk